## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 18-10103 |
| v. | Violation: |
| | 8 U.S.C. § 1326 |
| CHUN LIN ZHANG, | (Illegal Reentry of a Removed Alien) |
| Defendant. | |

## INDICTMENT

**COUNT ONE:** 8 U.S.C. § 1326 – Illegal Reentry of a Removed Alien

The Grand Jury charges that:

On or about January 29, 2018, in the District of Massachusetts,

## CHUN LIN ZHANG,

defendant herein, being an alien and having been excluded, deported and removed from the United States on or about July 17, 1999, was found in the United States without having received the express consent of the Attorney General of United States prior to March 1, 2003, and the Secretary of the Department of Homeland Security on and after that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Sections 202(3)–(4) and 557.

A TRUE BILL:

_____
Foreperson of the Grand Jury

_____
Nicholas Soivilien
Assistant United States Attorney

District of Massachusetts
April 19, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

4/19/18 @ 1:43pm